## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KEVIN LEWIS,** <br> 828 Creekside Crescent <br> Chesapeake, VA  23320 <br><br> **Plaintiff,** <br><br> v. <br><br> **EXELON CORPORATION,** <br> 10 South Dearborn Street, Floor 49 <br> Chicago, IL  60603 <br><br> and <br><br> **POTOMAC ELECTRIC <br> POWER COMPANY,** <br> 701 9TH Street NW <br> Washington, DC 20068-0001 <br><br> **Defendants.** | Case No. 21-3299 |

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendants Exelon Corporation ("Exelon") and Potomac Electric Power Company ("Pepco" or the "Company") (Exelon and Pepco collectively, "Defendants"), by counsel, hereby remove this action, *Lewis. v. Exelon Corporation, et al.*, Case No. 2021 CA 004014 B, from the Superior Court of the District of Columbia.  As grounds for the removal, Defendants state as follows:

1. On or about November 8, 2021, Plaintiff filed this civil action in the Superior Court of the District of Columbia.

2. Plaintiff served each Defendant with a Summons and copy of the Complaint on November 18, 2021.

3.      This Notice of Removal is filed within 30 days of the date on which Plaintiff effected service of the Summons and Complaint and is otherwise timely under 28 U.S.C. §1446(b).

4.      True and correct copies of the Summonses and the Complaint, and all other documents filed in or docketed in the state court, are attached as Exhibits A (Complaint and Summons to Exelon), B (Complaint and Summons to Pepco), C (Consent Motion and Proposed Order), and D (Corporate Disclosure).

5.      This action is subject to removal pursuant to 28 U.S.C. § 1441(a) because one of the four claims in the action arise under federal law, over which this Court has original jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. §2617(a)(2).   In particular, Count 4 of the Complaint alleges a violation of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §§2601, et seq., the federal statute mandating that employers provide eligible employees with leave under certain circumstances and prohibiting the interference with rights arising thereunder.

6.      In addition to having original jurisdiction over Count 4, this Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over Plaintiff's claims for disability discrimination and harassment in violation of the D.C. Human Rights Act ("DCHRA") (Counts 1 and 2), and his claim for violation of the D.C. Family and Medical Leave Act ("DCFMLA") (Count 3).

7.      As required by 28 U.S.C. §1446(d), Defendants are providing contemporaneously herewith a true and correct copy of this Notice of Removal to the Plaintiff and to the Clerk of the Superior Court of the District of Columbia.   A true and correct copy of the Notice of Removal to be filed in the Superior Court is attached hereto as Exhibit E.

WHEREFORE, Defendants hereby remove the pending state court action to the United States District Court for the District of Columbia pursuant to 28 U.S.C. §§1441 and 1446.

    Respectfully submitted,

    LORENGER & CARNELL PLC

    **/s/ Susanne Harris Carnell**
    Susanne Harris Carnell (D.C. Bar #461530)
    Christine M. Burke (D.C. Bar #492074)
    Lorenger & Carnell PLC
    651 South Washington Street
    Alexandria, Virginia 22314
    (703) 684-1804 – Phone
    (703) 684-1805 – Fax
    scarnell@lorengercarnell.com
    cburke@lorengercarnell.com

    Counsel for Defendants Exelon Corporation and Potomac Electric Power Company

OF COUNSEL

Jill D. Flack, Esq. (D.C. Bar #420020)
Assistant General Counsel
701 Ninth Street, N.W., 10th Floor
Washington, D.C.  20068
Tel: 202-428-1081
jdflack@pepcoholdings.com

Dated:  December 16, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 16th day of December 2021, I served the foregoing Notice of Removal, including the accompanying exhibits, by filing it via the Court's CM/ECF system, and that as a result of such filing, a notification and copy of such filing will be sent to counsel of record for the Plaintiffs:

>Tiffany Joseph Goodson
>HKM Employment Attorneys LLP
>1325 G Street NW, Suite 558
>Washington, DC 20005
>(202) 919-5952 (phone)
>(202) 919-5952 (fax)
>tjosephgoodson@hkm.com

                      /s/ Susanne Harris Carnell
                      Susanne Harris Carnell
                      LORENGER & CARNELL PLC
                      651 South Washington Street
                      Alexandria, Virginia 22314
                      (703) 684-1804 Direct
                      (703) 684-1805 Fax
                      scarnell@lorengercarnell.com