UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN LEWIS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**POTOMAC ELECTRIC POWER COMPANY,**<br><br>    **Defendant.** | CASE NO.: 21-cv-3299 (DLF)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*, with each party to bear their own costs.

Dated: December 27, 2022

*/s/ Tiffany Joseph Goodson*
Tiffany Joseph Goodson
DC Bar No. 481878
HKM EMPLOYMENT ATTORNEYS LLP
1325 G Street NW, Suite 558
Washington, DC 20005
Phone: (202) 919-5952
Fax: (202) 919-5952
tjosephgoodson@hkm.com

*Counsel for Plaintiff*

*/s/ Susanne Harris Carnell*
Susanne Harris Carnell, Esq.
Christine M. Burke, Esq.
LORENGER & CARNELL PLC
651 South Washington St.
Alexandria, VA 22314
Phone: 703-684-1800
Fax: 703-684-1804
scarnell@lorengercarnell.com
cburke@lorengercarnell.com

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN LEWIS,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**POTOMAC ELECTRIC POWER COMPANY,**<br><br>   **Defendant.** | **CASE NO.: 21-cv-3299 (DLF)** |

# ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, with each party bearing that party's own costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: _____      _____
                      The Honorable Dabney L. Friedrich
                      United States District Judge